UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHER, INC.<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>HSN, INC., and GK TRADING, LLC | Civil Action No. 20-cv-8092 (NRB) |

### ~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF APPEARANCE OF KEVIN W. KIRSCH

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed affidavit, Kevin W. Kirsch, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendant HSN, Inc.

**SO ORDERED**

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:　New York, New York
　　　　November 9, 2020