UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
KLAUBER BROTHERS, INC.,

                    Plaintiff,

                                                    **ORDER**
          - against –

                                           20 Civ. 8092 (NRB)
HSN INC. and GK TRADING, LLC,

                    Defendants.
---------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     It having been reported to this Court that this case has been

settled, it is

     **ORDERED** that the above-captioned action be, and hereby is,

dismissed without costs and without prejudice to restoring the

action to this Court's calendar if the application to restore the

action is made within 30 days.


DATED:    New York, New York
          January 19, 2021



                              _____
                                 NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE