Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820



Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

February 16, 2021

**<u>DELIVERED VIA ECF</u>**

Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 10007

> Re:  **Klauber Brothers, Inc. v. HSN, Inc. et al.**
>      **Case No. 1:20-cv-08092-NRB**
>      **Extension Request**

Your Honor:

    As you know, our office represents Plaintiff Klauber Brothers, Inc. in this action. We write together with Defendants HSN, Inc. and GK Trading, LLC, to respectfully request an extension of the deadline for dismissal, pursuant to the Court's January 19th order. (Dkt. No. 49.)

    The parties are memorializing the terms of settlement and respectfully request an additional 21 days to finalize the settlement agreement. This is the parties' first request for an extension relating to the deadline for dismissal.

    We thank Your Honor for your time and consideration of this request.

`Application granted.`
**`SO ORDERED.`**

    Respectfully submitted,

By:  _/s/ Scott Alan Burroughs_
Scott Alan Burroughs
Laura M. Zaharia
DONIGER / BURROUGHS
For the Plaintiff

*Naomi Reice Buchwald*
`NAOMI REICE BUCHWALD`
`UNITED STATES DISTRICT JUDGE`

`Dated:  New York, New York`
`        February 17, 2021`

1